UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at Covington

| | | |
|---|---|---|
| CARLOS DANIEL PADILLA LAGOS, | ) | |
| | ) | Civil Action No. 2:26-cv-00005-SCM |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JAMES A. DALEY, et al., | ) | |
| | ) | |
| Respondents. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Petitioner Carlos Daniel Padilla Lagos, through counsel, recently filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. [Dkt. 1]. The Petitioner claims that he is being improperly detained by the Department of Homeland Security at the Campbell County Detention Center located in Newport, Kentucky. [Dkt. 1 at 4–5]. Among other things, the Petitioner requests that this Court order his immediate release or a bond hearing. [Dkt. 1 at 28–29].

Having reviewed the Petition pursuant to 28 U.S.C. § 2243, the undersigned concludes that further briefing is necessary to adjudicate his claims. Thus, the Court will require the Respondents to respond to the Petition within fourteen (14) days.[1] Accordingly, **IT IS ORDERED** as follows:

1) The Clerk of the Court is directed to send a copy of the Petition [Dkt. 1] and this Order to the United States Attorney's Office for the Eastern District of Kentucky and to James A. Daley, Warden at the Campbell County Detention Center.

2) **Within 14 days from the entry of this Order**, the United States Attorney's Office

---

[1] District Judges in this District have required responses to similar Petitions within a similar timeframe. *See Ramirez Sanchez v. Jailer Jason Maydak, et al.*, Civil Action No. 2:25-142-SCM, Dkt. 7 (Reeves, J.). Upon good cause shown, Respondents may move for a brief period of additional time to respond to the Petition.

for the Eastern District of Kentucky and James A. Daley are directed to file a response to the Petition. The response should be in the form of a memorandum addressing the factual allegations and legal claims contained in the pleading. Neither a formal motion to dismiss nor a motion for summary judgment is appropriate for these proceedings. The Respondents also should attach any relevant documentary evidence to the response brief.

      3)     Once the Respondents file their response(s), the Petitioner may file a reply **within 14 days**. The Court will then further consider the Petition and enter any appropriate Orders.

Signed this 14th day of January, 2026.

S. Chad Meredith, District Judge
United States District Court
Eastern District of Kentucky